# EXHIBIT 5

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

Upon information and belief, USAA has and continues to make, use, sell, offer for sale, and/or import the SafePilot™ mobile application ("SafePilot App"), which includes a downloadable application for mobile telecommunications devices and a back-end data-logging system maintained by or for USAA. Auto Telematics contends that the SafePilot App and/or the back-end system that supports the SafePilot App (collectively, "SafePilot") infringes at least Claims 1 and 6 of United States Patent No. 9,311,271 ("the '271 Patent").

The SafePilot App is available for both iOS and Android devices:

## Download the USAA SafePilot App

The USAA SafePilot App shows you how well you're driving and how you can improve. It's a free app available for iOS and Android.

*usaa.com/insurance/safedriving?akredirect=true*

According to USAA, the SafePilot App automatically logs and scores users' driving information, including without initiation from the user:

## Start Driving

We'll automatically log and score your trips. You don't need to turn on the app every time you drive.

*usaa.com/insurance/safedriving?akredirect=true*

# EXHIBIT 5
### U.S. Patent No. 9,311,271
### Claim Chart for Representative Claims 1, 6

The USAA website (www.usaa.com) illustrates the following "Features of the App":



*usaa.com/insurance/safedriving?akredirect=true*

# EXHIBIT 5
## U.S. Patent No. 9,311,271
## Claim Chart for Representative Claims 1, 6



*usaa.com/insurance/safedriving?akredirect=true*

The USAA website includes the following information under the "Driving Information" category in the FAQ tab:

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

---

— **What driving information does the USAA SafePilot App collect?**

The USAA SafePilot App runs in the background and gathers details about each trip you take, including:

- Location
- Time of day
- If you're the passenger or driver
- Phone Handling
- Hand-held Calling
- Hands-free Calling
- Harsh Braking
- Annualized Hours Driven

We take your privacy seriously and will never share your driving information.

— **How is my USAA SafePilot App driving information used?**

Your USAA SafePilot App driving information will be used to calculate a driving score and any potential discounts you may receive on your auto insurance policy. It won't be used to evaluate your insurability or increase your premium, although your discount may vary over the life of your policy.

— **Does USAA share my USAA SafePilot App driving information?**

No, except as necessary for the administration of the USAA SafePilot program, we will never share your driving information with third-party or marketing companies. Review the USAA SafePilot Program Terms and Conditions for more details on what driving information is collected by the USAA SafePilot App and how it is used.

---

*usaa.com/insurance/safedriving?akredirect=true*

The USAA website includes the following information under the "Discount and Premium" category in the FAQ tab:

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

---

— **How is my earned discount calculated?**

We base your earned discount on your driving score, which you'll see in the USAA SafePilot App. This driving score will factor how often you handle your phone while driving, if you're making hands-free calls, if you brake harshly and how much you drive. While we understand that some defensive driving situations may require you to brake, try to keep erratic driving to a minimum to earn the highest possible discount.

**If there are multiple drivers on your policy,** we'll base your household earned discount on the driving behaviour of all drivers enrolled in USAA SafePilot. The highest possible discount you may earn depends on how many eligible drivers are participating in the program. We recommend that all eligible drivers participate in the program.

— **When will I receive my discount?**

After you enroll in the USAA SafePilot program, we'll apply a participation discount of up to 10% to your auto insurance policy.

Before your policy renews, we'll use your household's trip data to determine which drivers have met the requirements for an earned discount.

We'll apply the earned discount from these drivers to your policy's next term at renewal and remove their participation discount. The policy term's effective date is referenced in the USAA SafePilot App on the discount tab.

— **What if I change my mind and don't want to participate?**

That's OK. You can cancel your enrollment in the program any time.

— **Will my driving information impact my insurance rates?**

No. We will only use your driving information to calculate your discount. Your driving information won't have an impact on your auto insurance policy rate, although your rate may vary based on other factors.

---

*usaa.com/insurance/safedriving?akredirect=true*

The USAA website includes the following information under the "Crash Detection" category in the FAQ tab:

# EXHIBIT 5
## U.S. Patent No. 9,311,271
### Claim Chart for Representative Claims 1, 6



*usaa.com/insurance/safedriving?akredirect=true*

According to USAA, the SafePilot program is currently available in all U.S. locations except California, Delaware, Indiana, Massachusetts, New Jersey, New York, North Carolina, Vermont, and Wisconsin, and is not currently available in U.S. territories or internationally:



*usaa.com/insurance/safedriving?akredirect=true*

Thus, the SafePilot program is being offered and is available in the State of Texas and this judicial District.

**Page 6 of 110**

# EXHIBIT 5
### U.S. Patent No. 9,311,271
### Claim Chart for Representative Claims 1, 6

USAA has infringed and continues to infringe (literally and/or under the doctrine of equivalents), directly, indirectly, and/or through subsidiaries, agents, representatives, or intermediaries, one or more claims of the '271 Patent by making, using, testing, supplying, causing to be supplied, selling, and/or offering for sale in the United States the SafePilot program, including the SafePilot App.

Auto Telematics presently contends that SafePilot literally infringes the asserted claims of the '271 Patent. Nevertheless, with respect to any claim limitation that may be found not to be literally infringed, Auto Telematics contends in the alternative that SafePilot infringes such claim limitations under the doctrine of equivalents and that any claim element not found to be literally met is equivalently met because any difference between the claim limitation and SafePilot is not a substantial difference. Accordingly, Auto Telematics contends that any asserted claim that SafePilot is found not to infringe literally is nevertheless embodied by SafePilot under the doctrine of equivalents under an operative doctrine of equivalents test (*e.g.*, function-way-result or insubstantial difference).

The below chart presents Auto Telematics's preliminary infringement analysis of SafePilot. Because USAA is an insurance and financial institution, much of the relevant documents and evidence relevant to Auto Telematics's claims of infringement will likely not be available until formal discovery has begun. All information contained in this disclosure is the result of publicly available information regarding the SafePilot program and SafePilot App. Based on these circumstances, Auto Telematics presents these preliminary infringement allegations reflecting its analysis of the facts presently known to it. To the best of Auto Telematics's knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, the information contained in this disclosure is correct. Certain information about SafePilot is not available without engaging in formal discovery. Accordingly, Auto Telematics reserves the right to supplement and/or amend this preliminary claim chart as new information becomes available and as Auto Telematics has the opportunity to review relevant USAA document productions, including information related to the implementation of SafePilot, relationships with other parties who participate or contribute to the operation of SafePilot, and/or elements of SafePilot that cannot be fully examined based on publicly available information. Infringement investigations are ongoing, and Auto Telematics anticipates that additional facts and relevant documents will be uncovered and disclosed that create cause for supplementation and/or amendment.

Auto Telematics contends that USAA infringes Claim 1, which is a system claim covering a mobile telecommunications device configured to log driving information associated with a vehicle. USAA infringes Claim 1 by the SafePilot App's use of USAA customers' mobile telecommunications devices and configuration of those devices to log driving information associated with a vehicle, as described in Claim 1 of the '271 Patent. USAA is liable for infringing this system claim because it uses the patented system in an infringing manner and uses, places into service, and/or controls the system—*i.e.*, by controlling the overall flow of information in the system and/or receiving the benefits from operation of the overall system or apparatus.

Auto Telematics contends that USAA infringes Claim 6, which is a system claim covering a data-logging system for logging driving information received from a remote mobile telecommunications device. USAA infringes Claim 6 by maintaining the back-end SafePilot system, which logs driving

# EXHIBIT 5
## U.S. Patent No. 9,311,271
## Claim Chart for Representative Claims 1, 6

information received from USAA customers' remote mobile telecommunications devices that run the SafePilot App, as described in Claim 6 of the '271 Patent. USAA is liable for infringing this system claim because it makes and uses the patented system in an infringing manner and uses, places into service, and/or controls the system—*i.e.*, by controlling the overall flow of information in the system and/or receiving the benefits from operation of the overall system or apparatus.

USAA benefits from its implementation and use of the infringing systems in numerous ways, including but not limited to: increasing profit margins, generating income, attracting new customers, retaining existing customers, incentivizing customers to develop safer driving habits, decreasing insurance payouts, enhancing goodwill, and remaining competitive with USAA's competitors in each of the aforementioned areas.

Furthermore, to the extent that a third party performs or contributes to infringement of any asserted claim, Auto Telematics also contends that all systems are infringed by USAA under traditional theories of joint and several liability in the context of tort law.

Alternatively, USAA is liable for infringing the asserted claims where USAA and another entity act in concert or pursuant to a common design, such that together they perform all the steps of a claimed process and/or make or use all the elements of a claimed system or apparatus. USAA and the other entity or entities act in concert when they act in accordance with an agreement to cooperate in a particular line of conduct or to accomplish a particular result.

In the below claim chart, Auto Telematics at times refers to SafePilot using phrases and constructions that attribute possession of the system or performance of activities and of individual components and steps to USAA. For example, and without limitation, Auto Telematics periodically refers to "USAA's data centers," "USAA's servers," etc. This wording is for convenience and is not intended to limit Auto Telematics's infringement theories to preclude a finding of infringement where infringing elements reside at another entity's facility or where infringing steps are performed by another entity. As discussed above and herein, Auto Telematics asserts claims of infringement against USAA for the SafePilot system, including the SafePilot App. To the extent that USAA outsources any of its operations to a third-party service provider or another entity, USAA remains liable as a direct infringer. USAA uses these systems and methods for its own benefit and markets and holds out these services to its customers as part of its own suite of products and services.

Auto Telematics relies on publicly available information about certain products (*e.g.*, Apple iPhones, Samsung Galaxy phones) to illustrate examples of the types of mobile telecommunications devices used by the USAA SafePilot system and mobile application. These are exemplary only and are not intended to limit the scope of this case to the listed devices. Upon information and belief, USAA developed the SafePilot system, including the SafePilot App, to be compatible with and to control certain functions of the mobile telecommunications devices that the system uses. Upon information and belief, USAA made specific and intentional technical decisions about the functionality of the SafePilot App and the components of the compatible mobile telecommunications devices that the SafePilot system would need to control to function properly.

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| 1.  A mobile telecommunications device configured to log driving information associated with a vehicle, the mobile device comprising: | USAA infringes Claim 1 of the '271 Patent. The overview of Auto Telematics's allegations and general description of the SafePilot system and application set forth above are incorporated by reference as if fully set forth herein.<br><br>Auto Telematics contends that the preamble of Claim 1 is not limiting and is therefore not necessary for purposes of claim construction or determining infringement. However, in the event that the Court determines that the preamble of Claim 1 is limiting, USAA satisfies this limitation because the SafePilot system (including the SafePilot App) uses a mobile telecommunications device configured to log driving information associated with a vehicle comprising the elements described in this claim.<br><br>According to USAA, the SafePilot App is available for download to and is compatible with iOS and Android devices:<br><br><div style="border:1px solid #000;padding:10px;">**Download the USAA SafePilot App**<br><br>The USAA SafePilot App shows you how well you're driving and how you can improve. It's a free app available for iOS and Android.</div>*usaa.com/insurance/safedriving?akredirect=true*<br><br>iOS and Android mobile phones are mobile telecommunications devices as described and claimed in the '271 Patent. |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  | For purposes of this claim chart, Auto Telematics refers to two examples of mobile telecommunications devices used by the SafePilot system: (1) an Apple iPhone 13 Pro Max, Model A2484 ("iPhone 13 Pro Max"), which is a mobile telecommunications device running iOS, and (2) a Samsung Galaxy S21 FE 5G, Model SM-G990B ("Galaxy S21 FE 5G"), which is a mobile telecommunications device running the Android operating system. |
| a sensor set comprising an image sensor, an audio sensor, an accelerometer, or a positioning module, or a combination thereof; | The mobile telecommunications device used by the SafePilot system comprises a sensor set comprising an image sensor, an audio sensor, an accelerometer, or a positioning module, or a combination thereof.<br><br>**Image Sensor**<br>Upon information and belief, the iPhone 13 Pro Max includes a Pro 12MP camera system that includes a telephoto lens, a wide-angle lens, and an ultra-wide-angle lens: |

# EXHIBIT 5

### U.S. Patent No. 9,311,271
### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | **Camera** |
| | Pro 12MP camera system: Telephoto, Wide, and Ultra Wide cameras |
| | Telephoto: ƒ/2.8 aperture |
| | Wide: ƒ/1.5 aperture |
| | Ultra Wide: ƒ/1.8 aperture and 120° field of view |
| | 3x optical zoom in, 2x optical zoom out; 6x optical zoom range |
| | Digital zoom up to 15x |
| | Night mode portraits enabled by LiDAR Scanner |
| | Portrait mode with advanced bokeh and Depth Control |
| | Portrait Lighting with six effects (Natural, Studio, Contour, Stage, Stage Mono, High-Key Mono) |
| | Dual optical image stabilization (Telephoto and Wide) |
| | Sensor-shift optical image stabilization (Wide) |
| | Six-element lens (Telephoto and Ultra Wide); seven-element lens (Wide) |
| | True Tone flash with Slow Sync |
| | Panorama (up to 63MP) |
| | Sapphire crystal lens cover |
| | 100% Focus Pixels (Wide) |
| | Night mode |
| | Deep Fusion |
| | Smart HDR 4 |
| | Photographic Styles |
| | Macro photography |
| | Apple ProRAW |
| | Wide color capture for photos and Live Photos |
| | Lens correction (Ultra Wide) |
| | Advanced red-eye correction |
| | Photo geotagging |
| | Auto image stabilization |
| | Burst mode |
| | Image formats captured: HEIF and JPEG |

*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*

# EXHIBIT 5

## U.S. Patent No. 9,311,271

## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|

| | | | |
|---|---|---|---|
| **MAIN CAMERA** | Quad | 12 MP, f/1.5, 26mm (wide), 1.9µm, dual pixel PDAF, sensor-shift OIS |
| | | 12 MP, f/2.8, 77mm (telephoto), PDAF, OIS, 3x optical zoom |
| | | 12 MP, f/1.8, 13mm, 120˚ (ultrawide), PDAF |
| | | TOF 3D LiDAR scanner (depth) |
| | Features | Dual-LED dual-tone flash, HDR (photo/panorama) |
| | Video | 4K@24/30/60fps, 1080p@30/60/120/240fps, 10☐bit HDR, Dolby Vision HDR (up to 60fps), ProRes, Cinematic mode, stereo sound rec. |
| **SELFIE CAMERA** | Dual | 12 MP, f/2.2, 23mm (wide), 1/3.6" |
| | | SL 3D, (depth/biometrics sensor) |
| | Features | HDR |
| | Video | 4K@24/25/30/60fps, 1080p@30/60/120fps, gyro-EIS |

*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*

Upon information and belief, the Samsung Galaxy S21 FE 5G includes a 32MP front camera and a rear-quad camera featuring a wide-angle lens, an ultra-wide-angle lens, and a telephoto lens:

**Rear Quad Camera**[d]

Wide: 12MP AF (f/1.8)

Ultra wide: 12MP (f/2.2)

Telephoto: 8MP (f/2.0)

**Front Camera**

32MP AF

*Samsung Galaxy S21 FE 5G, samsung.com/us/smartphones/galaxy-s21-fe-5g/buy/galaxy-s21-fe-5g-128gb-verizon-sm-g990ulvavzw/?modelCode=SM-G990ULVAVZW*

# EXHIBIT 5

## U.S. Patent No. 9,311,271

## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*

**Audio Sensor**

Upon information and belief, the iPhone 13 Pro Max includes a microphone to enable recording of audio sounds.

Upon information and belief, the Samsung Galaxy S21 FE 5G includes a microphone to enable recording of audio sounds.

**Accelerometer**

Upon information and belief, the iPhone 13 Pro Max includes an accelerometer:



*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*

# EXHIBIT 5

## U.S. Patent No. 9,311,271

## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <table><tr><td>**FEATURES**</td><td>Sensors</td><td>Face ID, accelerometer, gyro, proximity, compass, barometer</td></tr><tr><td></td><td></td><td>Siri natural language commands and dictation</td></tr><tr><td></td><td></td><td>Ultra Wideband (UWB) support</td></tr></table><br>*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes an accelerometer:<br><table><tr><td>**FEATURES**</td><td>Sensors</td><td>Fingerprint (under display, optical), accelerometer, gyro, proximity, compass</td></tr><tr><td></td><td></td><td>Bixby natural language commands and dictation</td></tr><tr><td></td><td></td><td>Samsung Pay (Visa, MasterCard certified)</td></tr></table><br>*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*<br><br>**Positioning Module**<br>Upon information and belief, the iPhone 13 Pro Max includes a Built-in GPS, a Global Navigation Satellite System, a Galileo Satellite Navigation System, a Quasi-Zenith Satellite System, a Beidou Satellite Navigation System, a digital compass, and an iBeacon indoor positioning system:<br><table><tr><td>**Location**</td><td>Built-in GPS, GLONASS, Galileo, QZSS, and BeiDou</td></tr><tr><td></td><td>Digital compass</td></tr><tr><td></td><td>Wi-Fi</td></tr><tr><td></td><td>Cellular</td></tr><tr><td></td><td>iBeacon microlocation</td></tr></table><br>*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*<br><br><table><tr><td>**COMMS**</td><td>WLAN</td><td>Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, hotspot</td></tr><tr><td></td><td>Bluetooth</td><td>5.0, A2DP, LE</td></tr><tr><td></td><td>GPS</td><td>Yes, with A-GPS, GLONASS, GALILEO, BDS, QZSS</td></tr><tr><td></td><td>NFC</td><td>Yes</td></tr><tr><td></td><td>Radio</td><td>No</td></tr><tr><td></td><td>USB</td><td>Lightning, USB 2.0</td></tr></table> |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes a Built-in GPS, an Assisted-GPS, a Global Navigation Satellite System, a Galileo Satellite Navigation System, and a Beidou Satellite Navigation System:<br><br>COMMS<br>WLAN    Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, hotspot<br>Bluetooth    5.0, A2DP, LE<br>GPS    Yes, with A-GPS, GLONASS, BDS, GALILEO<br>NFC    Yes<br>Radio    Unspecified<br>USB    USB Type-C, USB On-The-Go<br><br>*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php* |
| a user interface; | The mobile telecommunications device used by the SafePilot system comprises a user interface.<br><br>Upon information and belief, the iPhone 13 Pro Max includes a Super Retina XDR OLED display with Haptic Touch:<br><br>Super Retina XDR display with ProMotion<br><br>6.7-inch (diagonal) all-screen OLED display<br><br>2778-by-1284-pixel resolution at 458 ppi<br><br>The iPhone 13 Pro Max display has rounded corners that follow a beautiful curved design, and these corners are within a standard rectangle. When measured as a standard rectangular shape, the screen is 6.68 inches diagonally (actual viewable area is less). |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | Both models:<br><br>ProMotion technology with adaptive refresh rates up to 120Hz<br><br>HDR display<br><br>True Tone<br><br>Wide color (P3)<br><br>Haptic Touch<br><br>2,000,000:1 contrast ratio (typical)<br><br>1000 nits max brightness (typical); 1200 nits max brightness (HDR)<br><br>Fingerprint-resistant oleophobic coating<br><br>Support for display of multiple languages and characters simultaneously<br><br>*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*<br><br>**DISPLAY**<br><br>Type: Super Retina XDR OLED, 120Hz, HDR10, Dolby Vision, 1000 nits (HBM), 1200 nits (peak)<br>Size: 6.7 inches, 109.8 cm$^2$ (~87.4% screen-to-body ratio)<br>Resolution: 1284 x 2778 pixels, 19.5:9 ratio (~458 ppi density)<br>Protection: Scratch-resistant ceramic glass, oleophobic coating<br>Wide color gamut<br>True-tone<br><br>*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes a Dynamic AMOLED display with touch-screen capability: |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php* |
| a processor; and | The mobile telecommunications device used by the SafePilot system comprises a processor.<br><br>Upon information and belief, the iPhone 13 Pro Max includes an Apple A15 Bionic 5nm chipset, a Hexa-core (2x3.22 GHz Avalanche + 4xX.X GHz Blizzard) CPU, and 5-core Apple GPU:<br><br> *iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*<br><br> *iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes a Qualcomm SM8350 Snapdragon 888 5G (5nm) chipset with an Octa-core (1x2.84 GHz Kryo 680 & 3x2.42 GHz Kryo 680 & 4x1.80 GHz Kryo 680) CPU and |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | Adreno 660 GPU (U.S. Version) or a Samsung Exynos 2100 (5nm) chipset with an Octa-core (1x2.9 GHz Cortex-X1 & 3x2.80 GHz Cortex-A78 & 4x2.2 GHz Cortex-A55) CPU and Mali-G78 MP14 GPU (International Versions):<br><br><br><br>*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*<br><br>Upon information and belief, the mobile telecommunications device used by the SafePilot System may also include other processing components that are or may be involved in the functionality and operation of the SafePilot App, including but not limited to microcontrollers, microprocessors, embedded processors, digital signal processors, application-specific integrated circuits (ASICs), and/or other processing components that interface or are associated with one or more of the sensors in the sensor set. |
| a memory; | The mobile telecommunications device used by the SafePilot system comprises a memory.<br><br>Upon information and belief, the iPhone 13 Pro Max is offered with a 128GB, 256GB, 512GB, or 1TB hard drive and 6GB of RAM:<br><br> |

# EXHIBIT 5

### U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*<br><br>**MEMORY**<br>Card slot — No<br>Internal — 128GB 6GB RAM, 256GB 6GB RAM, 512GB 6GB RAM, 1TB 6GB RAM NVMe<br><br>*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G is offered with a 128GB or 256GB hard drive and 6GB or 8GB of RAM:<br><br>Storage$^f$<br>128GB/256GB<br><br>*Samsung Galaxy S21 FE 5G, samsung.com/us/smartphones/galaxy-s21-fe-5g/buy/galaxy-s21-fe-5g-128gb-verizon-sm-g990ulvavzw/?modelCode=SM-G990ULVAVZW*<br><br>**MEMORY**<br>Card slot — No<br>Internal — 128GB 6GB RAM, 128GB 8GB RAM, 256GB 8GB RAM<br><br>*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*<br><br>Upon information and belief, the mobile telecommunications device used by the SafePilot System may include other memory, such as registers, buffers, caches, RAM, hard disk, external memory, and/or memory on board or associated with or used for data associated with one or more sensors in the sensor set, wherein such memory is or may be used in the functionality and operation of the SafePilot App. |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| the mobile device configured to:<br><br>determine, based on inputs received by the user interface and sensor data from the sensor set, a start of a driving period during which the mobile device is removably attached to the vehicle and the vehicle is in use; | The mobile telecommunications device used by the SafePilot system is configured to (when the SafePilot App is installed) determine, based on inputs received by the user interface and sensor data from the sensor set, a start of a driving period during which the mobile device is removably attached to the vehicle and the vehicle is in use.<br><br>**"determine, based on inputs received by the user interface . . . a start of a driving period"**<br><br>The mobile telecommunications device is configured to determine a start of a driving period based, at least in part, on inputs received by the user interface. When a user downloads the SafePilot App, he or she must "Verify Enrollment" to confirm that they have an active auto insurance policy with USAA:<br><br> |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *USAA SafePilot description – iOS App Store*<br><br>*USAA SafePilot description – Android Apps on Google Play*<br><br>A user's verification of his or her enrollment is an example of an input received by the user interface. Upon information and belief, when installing the SafePilot App, the user must give the SafePilot App permission to use the mobile telecommunication device's location services. For example, a YouTube video titled "USAA SafePilot App Setup for iPhone" describes the setup process. The video was posted to YouTube on October 13, 2021 by USAA: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
| --- | --- |
| |  youtube.com/watch?v=FcoSM7d9p28<br><br>youtube.com/watch?v=FcoSM7d9p28 at 0:47 |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 0:55* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 0:58* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 1:00* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*youtube.com/watch?v=FcoSM7d9p28 at 1:04*

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 1:08* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*youtube.com/watch?v=FcoSM7d9p28 at 1:10*

Another YouTube video titled "USAA SafePilot App Setup for Android" describes the setup process for Android phones. The video was posted to YouTube on October 13, 2021 by USAA:

*youtube.com/watch?v=qvLCX2lbacE*

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 0:32* |

# EXHIBIT 5

### U.S. Patent No. 9,311,271
### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  |   *youtube.com/watch?v= qvLCX2lbacE at 0:36* |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  youtube.com/watch?v= qvLCX2lbacE at 0:41 |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |
| | *youtube.com/watch?v= qvLCX2lbacE at 0:45* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*youtube.com/watch?v= qvLCX2lbacE at 0:49* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 0:55* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br><br>*youtube.com/watch?v= qvLCX2lbacE at 1:01* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |
| | *youtube.com/watch?v= qvLCX2lbacE at 1:05* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 1:13* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | 
*youtube.com/watch?v= qvLCX2lbacE at 1:18* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 1:23* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*youtube.com/watch?v= qvLCX2lbacE at 1:29* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 1:35*<br><br>A user's enablement of location services is another example of an input received by the user interface that is used in the determination of the start of a driving period.<br><br>Additionally, a user of the SafePilot App may indicate via the user interface of the mobile telecommunications device whether the user was the driver or a passenger in the vehicle at the time the driving period is recorded: |

# EXHIBIT 5

## U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
| --- | --- |
| | <br>*USAA SafePilot description – iOS App Store* |

# EXHIBIT 5
## U.S. Patent No. 9,311,271
## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *USAA SafePilot description – Android Apps on Google Play*<br><br>"determine, based on . . . sensor data from the sensor set, a start of a driving period"<br><br>The start of a driving period is also determined, in part, based on sensor data from the sensor set. According to USAA, once the SafePilot App has been downloaded, USAA will "automatically log and score your trips": |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *usaa.com/insurance/safedriving?akredirect=true* <br><br> As explained on USAA's website, the SafePilot App automatically logs trips using the phone's GPS and built-in sensors: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*usaa.com/insurance/safedriving?akredirect=true*

According to the Terms of Use for the SafePilot program, the USAA SafePilot App collects data such as date, time, speed, acceleration, braking, swerving, cornering, distance driven, location, and other driving-related data:

> **5. Feature Specific Information**
>
> 5.1 Data Collected: USAA SafePilot collects date and time as well as driving behavior information relating to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location, handheld calling, hands-free calling, phone handling and other driving related data ("Data").

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/* |

"during which the mobile device is removably attached to the vehicle and the vehicle is in use"

The mobile telecommunications device is configured to make the above determination when the device is removably attached to the vehicle and the vehicle is in use. For example, and without limitation, the SafePilot App works at least when the mobile telecommunications device is removably attached to the vehicle via a USB cable, via a BlueTooth connection, or attached to the vehicle via another physical or electronic connection (*e.g.*, a phone holder or mount within the vehicle).

Upon information and belief, the iPhone 13 Pro Max includes a Lightning USB 2.0 interface and Bluetooth 5.0 wireless technology:

| All models | 5G (sub-6 GHz and mmWave)[7] |
|---|---|
| | Gigabit LTE with 4x4 MIMO and LAA[7] |
| | Wi-Fi 6 (802.11ax) with 2x2 MIMO |
| | Bluetooth 5.0 wireless technology |
| | Ultra Wideband chip for spatial awareness[8] |
| | NFC with reader mode |
| | Express Cards with power reserve |

*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php* <br><br> Upon information and belief, the Samsung Galaxy S21 FE 5G includes a USB Type-C and USB On-The-Go interface and Bluetooth 5.0 technology: <br><br>  *Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php* |
| [the mobile device configured to:] process the sensor data from the sensor set during the driving period to derive driving information associated with how the vehicle is driven; | The mobile telecommunications device used by the SafePilot system is configured to (when the SafePilot App is installed) process the sensor data from the sensor set during the driving period to derive driving information associated with how the vehicle is driven. <br><br> For example, according to USAA, the SafeDriving App uses a phone's GPS and built-in sensors for "Automatic and Smart Trip Logging," which USAA then uses to offer discounts on customers' automobile insurance: |

# EXHIBIT 5

### U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | 

*usaa.com/insurance/safedriving?akredirect=true*

According to USAA, the SafePilot App works in the background whether it is activated or not: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

<div align="center">

**Start Driving**

We'll automatically log and score your trips. You don't need to turn on the app every time you drive.

*usaa.com/insurance/safedriving?akredirect=true*

</div>

USAA's FAQ page on its website also states that the collected driving information is used "to calculate a driving score":



— **What driving information does the USAA SafePilot App collect?**

The USAA SafePilot App runs in the background and gathers details about each trip you take, including:

- Location
- Time of day
- If you're the passenger or driver
- Phone Handling
- Hand-held Calling
- Hands-free Calling
- Harsh Braking
- Annualized Hours Driven

We take your privacy seriously and will never share your driving information.

— **How is my USAA SafePilot App driving information used?**

Your USAA SafePilot App driving information will be used to calculate a driving score and any potential discounts you may receive on your auto insurance policy. It won't be used to evaluate your insurability or increase your premium, although your discount may vary over the life of your policy.

— **Does USAA share my USAA SafePilot App driving information?**

No, except as necessary for the administration of the USAA SafePilot program, we will never share your driving information with third-party or marketing companies. Review the USAA SafePilot Program Terms and Conditions for more details on what driving information is collected by the USAA SafePilot App and how it is used.

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *usaa.com/insurance/safedriving?akredirect=true*<br><br>The information derived from sensor data processed from the sensor set is driving information associated with how the vehicle is driven. For example, according to USAA, the data collected includes "information related to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location and other driving related data":<br><br>**5. Feature Specific Information**<br>5.1 Data Collected: USAA SafePilot collects date and time as well as driving behavior information relating to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location, handheld calling, hands-free calling, phone handling and other driving related data ("Data").<br><br>*usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/*<br><br>Additionally, the SafePilot App derives information from sensor data that USAA refers to as "Trip Infractions." These, too, constitute driving information associated with how the vehicle is driven: |

# EXHIBIT 5
## U.S. Patent No. 9,311,271
## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*USAA SafePilot description – iOS App Store* |

# EXHIBIT 5
## U.S. Patent No. 9,311,271
## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *USAA SafePilot description – Android Apps on Google Play* |
| [the mobile device configured to:] store a selection of the driving information to the memory, wherein the driving information is derived without data from vehicle sensors; and, | The mobile telecommunications device used by the SafePilot system is configured to (when the SafePilot App is installed) store a selection of the driving information to the memory, wherein the driving information is derived without data from vehicle sensors.<br><br>Upon information and belief, at least a selection of the driving information derived from processed sensor data from the sensor set is stored in the mobile telecommunication device's internal memory before being sent to USAA's data centers. |

**EXHIBIT 5**
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | Upon further information and belief, the driving information is derived without data from vehicle sensors. For example, according to USAA, the data used to derive the driving information is obtained from the phone's internal sensors: <br><br>  <br><br> *usaa.com/insurance/safedriving?akredirect=true* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| wherein the mobile communications device is controlled by a downloaded application to control the mobile device to register the start of the driving period in response to an initialization input generated automatically in response to the sensor data having predetermined values, wherein the initialization input is generated in response to sensor data reflecting a detected speed above a predetermined threshold. | The mobile telecommunications device used by the SafePilot system is controlled by a downloaded application (*i.e.*, the SafePilot App) to control the mobile device to register the start of the driving period in response to an initialization input generated automatically in response to the sensor data having predetermined values, wherein the initialization input is generated in response to sensor data reflecting a detected speed above a predetermined threshold.<br><br>**"wherein the mobile communications device is controlled by a downloaded application"**<br><br>According to USAA, participation in the SafePilot program requires download of the SafePilot App:<br><br>> 3.3 Device Capabilities and Updates: To participate in the USAA SafePilot Program, you are required to download and install USAA SafePilot. From time to time, you may be required to install software updates. Certain features of USAA SafePilot may require specific hardware elements, such as wireless internet access capability, Bluetooth antenna, or other.<br><br>***usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/***<br><br>The SafePilot App uses the phone's sensors and therefore controls certain operations of the mobile telecommunications device, including the operations associated with registering the start of a driving period.<br><br>**"to control the mobile device to register the start of the driving period in response to an initialization input generated automatically in response to the sensor data having predetermined values"**<br><br>According to USAA, the start of the driving period may be registered without input from the user: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
| --- | --- |
| |  |

*usaa.com/insurance/safedriving?akredirect=true*

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

usaa.com/insurance/safedriving?akredirect=true

"wherein the initialization input is generated in response to sensor data reflecting a detected speed above a predetermined threshold"

Upon information and belief, the initialization input is generated in response to sensor data reflecting a detected speed above a predetermined threshold. For example, according to USAA, the SafePilot App will begin registering

**EXHIBIT 5**
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | a driving period once a user starts driving, indicating that when the sensors detect a speed above a predetermined threshold, the phone is determined to be in a driving period: <br><br> **Start Driving** <br><br> We'll automatically log and score your trips. You don't need to turn on the app every time you drive. <br><br> *usaa.com/insurance/safedriving?akredirect=true* |
| 6. A data-logging system for logging driving information received from a remote mobile telecommunications device, the data-logging system comprising a processor and memory, the data logging system comprising: | USAA infringes Claim 6 of the '271 Patent. The overview of Auto Telematics's allegations and general description of the SafePilot system and application set forth above are incorporated by reference as if fully set forth herein. <br><br> Auto Telematics contends that the preamble of Claim 6 is not limiting and is therefore not necessary for purposes of claim construction or determining infringement. However, in the event that the Court determines that the preamble of Claim 6 is limiting, USAA satisfies this limitation because the SafePilot system includes a data-logging system for logging driving information received from a remote mobile telecommunications device, the data logging system comprising a processor and memory, and further comprising the elements described in this claim. |
| a database for storing a plurality of accounts, each account having a unique identifier and the database being arranged to store driving information associated with at | USAA's SafePilot data-logging system comprises a database for storing a plurality of accounts, each account having a unique identifier and the database being arranged to store driving information associated with at least one of a vehicle and a driver. <br><br> **"a database for storing a plurality of accounts, each account having a unique identifier"** |

**EXHIBIT 5**
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| least one of a vehicle and a driver; | Upon information and belief, USAA maintains a database for storing a plurality of accounts, including those associated with customer users of the SafePilot App. When a user downloads the SafePilot App, he or she must "Verify Enrollment" to confirm that they have an active auto insurance policy with USAA:<br><br><br><br>*USAA SafePilot description – iOS App Store* |

# EXHIBIT 5
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*USAA SafePilot description – Android Apps on Google Play*

A customer's account number is at least one example of a unique identifier that, upon information and belief, is maintained in USAA's database.

**"the database being arranged to store driving information associated with at least one of a vehicle and a driver"**

Upon information and belief, USAA maintains a database of customer driving information associated with at least one of a vehicle and a driver. For example, according to USAA, the SafeDriving App uses a phone's GPS and built-in sensors for "Automatic and Smart Trip Logging," which USAA then uses to offer discounts on customers' automobile insurance:

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>usaa.com/insurance/safedriving?akredirect=true<br><br>USAA's FAQ page on its website also states that the collected driving information is used "to calculate a driving score": |

**EXHIBIT 5**
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | — **What driving information does the USAA SafePilot App collect?**<br><br>The USAA SafePilot App runs in the background and gathers details about each trip you take, including:<br><br>• Location<br>• Time of day<br>• If you're the passenger or driver<br>• Phone Handling<br>• Hand-held Calling<br>• Hands-free Calling<br>• Harsh Braking<br>• Annualized Hours Driven<br><br>We take your privacy seriously and will never share your driving information.<br><br>— **How is my USAA SafePilot App driving information used?**<br><br>Your USAA SafePilot App driving information will be used to calculate a driving score and any potential discounts you may receive on your auto insurance policy. It won't be used to evaluate your insurability or increase your premium, although your discount may vary over the life of your policy.<br><br>— **Does USAA share my USAA SafePilot App driving information?**<br><br>No, except as necessary for the administration of the USAA SafePilot program, we will never share your driving information with third-party or marketing companies. Review the USAA SafePilot Program Terms and Conditions for more details on what driving information is collected by the USAA SafePilot App and how it is used.<br><br>*usaa.com/insurance/safedriving?akredirect=true*<br><br>As noted above, the information gathered by the SafePilot App "will be used to calculate a driving score and any potential discounts you may receive on your auto insurance policy," (emphases added), indicating that information is first sent to USAA for further processing.<br><br>The information sent from the mobile telecommunications device to USAA is "driving information associated with at least one of a vehicle and a driver." For example, according to USAA, the data collected includes "information related to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location and other driving related data": |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | **5. Feature Specific Information**<br><br>5.1 Data Collected: USAA SafePilot collects date and time as well as driving behavior information relating to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location, handheld calling, hands-free calling, phone handling and other driving related data ("Data").<br><br>*usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/*<br><br>Additionally, the SafePilot App derives information from sensor data that USAA refers to as "Trip Infractions." These, too, constitute driving information associated with how the vehicle is driven:<br><br><br><br>*USAA SafePilot description – iOS App Store* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br><br>*USAA SafePilot description – Android Apps on Google Play* |
| a communications interface arranged to communicate with the remote mobile telecommunications device, and receive therefrom: | USAA's SafePilot data-logging system comprises a communications interface arranged to communicate with the remote mobile telecommunications device, and receive from the mobile telecommunications device the elements described below.<br><br>USAA requires customers of the SafePilot program to consent to transmission of data between their mobile telecommunications device and USAA: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | 5.3 Use of Data: Data collected through USAA SafePilot will be used to power the USAA safe driving program, including determining your driving score. By participating in the USAA safe driving program, you consent to the transmittal, download, retrieval, access, storage, and use of the data by USAA and our third party service providers. Data may be used for any purposes consistent with the terms of your USAA auto insurance policy. Data may also be use for other business purposes, including: 1) understanding adherence to the Terms; 2) working with third party service providers to assist us with research, analysis or other services; 3) detecting and preventing fraud; 4) detecting and analyzing collisions; and 5) developing and implementing new rating factor and scoring models. Nothing contained herein prevents USAA from using the data in determining future availability of insurance or premium amount. Finally, for the avoidance of doubt, data may be used and/or discoverable in a lawsuit or a claims investigation.<br><br>*usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/*<br><br>Thus, upon information and belief, USAA maintains a communications interface arranged to communicate with (and receive data from) the remote mobile telecommunications device. |
| a unique identifier for association of the remote mobile telecommunications device with a corresponding one of the plurality of accounts; | The communications interface in USAA's SafePilot data-logging system is configured to receive from a remote mobile telecommunications device a unique identifier for association of the remote mobile telecommunications device with a corresponding one of the plurality of accounts.<br><br>When a user downloads the SafePilot App, he or she must "Verify Enrollment" to confirm that they have an active auto insurance policy with USAA: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *USAA SafePilot description – iOS App Store* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*USAA SafePilot description – Android Apps on Google Play*

USAA allows multiple family members associated with a given account to participate in the SafePilot program:

> **3. Eligibility and Use**
>
> 3.1 To participate in the USAA safe driving program and to use USAA SafePilot, you must be a member of USAA and a named insured or spouse on the USAA auto policy and, as applicable, have the authority to express consent for all rated drivers, vehicles and operators on that policy. The Terms apply to all drivers on your policy, whenever added. No specific operator listed on the auto policy is required to participate.

***usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/***

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | When activated, the app monitors driving habits including phone handling, hands-free phone use, harsh braking, and how much you drive. The better you drive, the greater the discount on your next premium. All members of a household included on a USAA auto insurance policy can participate, with the earned discount based on an average of each driver's individual score.<br><br>*USAA SafePilot description – iOS App Store*<br><br>Upon information and belief, USAA maintains device-specific records to associate individual mobile telecommunications devices with a given family account. |
| driving information to be logged to that corresponding account, the driving information derived based on inputs received by a user interface of the remote mobile telecommunications device and sensor data from a sensor set of the remote mobile telecommunications device, the driving information derived without data from vehicle sensors; and, | The communications interface in USAA's SafePilot data-logging system is configured to receive from a remote mobile telecommunications device driving information to be logged to that corresponding account, the driving information derived based on inputs received by a user interface of the remote mobile telecommunications device and sensor data from a sensor set of the remote mobile telecommunications device, the driving information derived without data from vehicle sensors.<br><br>"user interface"<br><br>The remote mobile telecommunications device used in connection with the SafePilot data-logging system comprises a user interface.<br><br>Upon information and belief, the iPhone 13 Pro Max includes a Super Retina XDR OLED display with Haptic Touch: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | Super Retina XDR display with ProMotion<br><br>6.7-inch (diagonal) all-screen OLED display<br><br>2778-by-1284-pixel resolution at 458 ppi<br><br>The iPhone 13 Pro Max display has rounded corners that follow a beautiful curved design, and these corners are within a standard rectangle. When measured as a standard rectangular shape, the screen is 6.68 inches diagonally (actual viewable area is less).<br><br>Both models:<br><br>ProMotion technology with adaptive refresh rates up to 120Hz<br>HDR display<br>True Tone<br>Wide color (P3)<br>Haptic Touch<br>2,000,000:1 contrast ratio (typical)<br>1000 nits max brightness (typical); 1200 nits max brightness (HDR)<br>Fingerprint-resistant oleophobic coating<br>Support for display of multiple languages and characters simultaneously<br><br>*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  |  |

| DISPLAY | Type | Super Retina XDR OLED, 120Hz, HDR10, Dolby Vision, 1000 nits (HBM), 1200 nits (peak) |
|---|---|---|
|  | Size | 6.7 inches, 109.8 cm$^2$ (~87.4% screen-to-body ratio) |
|  | Resolution | 1284 x 2778 pixels, 19.5:9 ratio (~458 ppi density) |
|  | Protection | Scratch-resistant ceramic glass, oleophobic coating |
|  |  | Wide color gamut |
|  |  | True-tone |

*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*

Upon information and belief, the Samsung Galaxy S21 FE 5G includes a Dynamic AMOLED display with touch-screen capability:

| DISPLAY | Type | Dynamic AMOLED 2X, 120Hz, HDR10+ |
|---|---|---|
|  | Size | 6.4 inches, 103.9 cm$^2$ (~89.6% screen-to-body ratio) |
|  | Resolution | 1080 x 2400 pixels, 20:9 ratio (~401 ppi density) |
|  | Protection | Corning Gorilla Glass Victus |
|  |  | Always-on display |

*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*

**"the driving information derived based on inputs received by a user interface of the remote mobile telecommunications device"**

The data-logging system is configured to receive from a remote mobile telecommunications device driving information to be logged to a corresponding account. When a user downloads the SafePilot App, he or she must "Verify Enrollment" to confirm that they have an active auto insurance policy with USAA:

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*USAA SafePilot description – iOS App Store* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
| --- | --- |
| |  <br>*USAA SafePilot description – Android Apps on Google Play*<br><br>A user's verification of his or her enrollment is an example of an input received by the user interface. Upon information and belief, when installing the SafePilot App, the user must give the SafePilot App permission to use the mobile telecommunication device's location services. For example, a YouTube video titled "USAA SafePilot App Setup for iPhone" describes the setup process. The video was posted to YouTube on October 13, 2021 by USAA:<br>  |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | youtube.com/watch?v=FcoSM7d9p28  youtube.com/watch?v=FcoSM7d9p28 at 0:47 |

# EXHIBIT 5

## U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 0:55* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 0:58* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*youtube.com/watch?v=FcoSM7d9p28 at 1:00*

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*youtube.com/watch?v=FcoSM7d9p28 at 1:04* |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v=FcoSM7d9p28 at 1:08* |

**EXHIBIT 5**
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

In the right column, below the first image:

*youtube.com/watch?v=FcoSM7d9p28 at 1:10*

Another YouTube video titled "USAA SafePilot App Setup for Android" describes the setup process for Android phones. The video was posted to YouTube on October 13, 2021 by USAA:

*youtube.com/watch?v=qvLCX2lbacE*

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  youtube.com/watch?v= qvLCX2lbacE at 0:32 |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  |  *youtube.com/watch?v= qvLCX2lbacE at 0:36* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 0:41* |

# EXHIBIT 5

## U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*youtube.com/watch?v= qvLCX2lbacE at 0:45* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 0:49* |

# EXHIBIT 5

## U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |
| | *youtube.com/watch?v= qvLCX2lbacE at 0:55* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

<div align="center"><em>youtube.com/watch?v= qvLCX2lbacE at 1:01</em></div>

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*youtube.com/watch?v= qvLCX2lbacE at 1:05* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |
| | *youtube.com/watch?v= qvLCX2lbacE at 1:13* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  youtube.com/watch?v= qvLCX2lbacE at 1:18 |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 1:23* |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*youtube.com/watch?v= qvLCX2lbacE at 1:29* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *youtube.com/watch?v= qvLCX2lbacE at 1:35*<br><br>A user's enablement of location services is another example of an input received by the user interface of the remote mobile telecommunications device.<br><br>Additionally, a user of the SafePilot App may indicate via the user interface of the mobile telecommunications device whether the user was the driver or a passenger in the vehicle at the time the driving period is recorded: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *USAA SafePilot description – iOS App Store* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *USAA SafePilot description – Android Apps on Google Play* <br><br> "the driving information derived based on . . . sensor data from a sensor set of the remote mobile telecommunications device" <br><br> The driving information is also derived, in part, based on sensor data from a sensor set of the remote mobile telecommunications device. According to USAA, once the SafePilot App has been downloaded, USAA will "automatically log and score your trips": |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

*usaa.com/insurance/safedriving?akredirect=true*

As explained on USAA's website, the SafePilot App automatically logs trips using the phone's GPS and built-in sensors:

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | 

*usaa.com/insurance/safedriving?akredirect=true*

According to the Terms of Use for the SafePilot program, the USAA SafePilot App collects data such as date, time, speed, acceleration, braking, swerving, cornering, distance driven, location, and other driving-related data:

**5. Feature Specific Information**

5.1 Data Collected: USAA SafePilot collects date and time as well as driving behavior information relating to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location, handheld calling, hands-free calling, phone handling and other driving related data ("Data"). |

**EXHIBIT 5**
**U.S. Patent No. 9,311,271**
**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/* |
| | According to USAA, the SafePilot App is available for download to and is compatible with iOS and Android devices: |
| | **Download the USAA SafePilot App**<br><br>The USAA SafePilot App shows you how well you're driving and how you can improve. It's a free app available for iOS and Android.<br><br>*usaa.com/insurance/safedriving?akredirect=true* |
| | iOS and Android mobile phones are mobile telecommunications devices as described and claimed in the '271 Patent. |
| | For purposes of this claim chart, Auto Telematics refers to two examples of mobile telecommunications devices used by the SafePilot system: (1) an Apple iPhone 13 Pro Max, Model A2484 ("iPhone 13 Pro Max"), which is a mobile telecommunications device running iOS, and (2) a Samsung Galaxy S21 FE 5G, Model SM-G990B ("Galaxy S21 FE 5G"), which is a mobile telecommunications device running the Android operating system. |
| | "sensor set" |
| | Image Sensor |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | Upon information and belief, the iPhone 13 Pro Max includes a Pro 12MP camera system that includes a telephoto lens, a wide-angle lens, and an ultra-wide-angle lens: |

**Camera**

Pro 12MP camera system: Telephoto, Wide, and Ultra Wide cameras

Telephoto: ƒ/2.8 aperture

Wide: ƒ/1.5 aperture

Ultra Wide: ƒ/1.8 aperture and 120° field of view

3x optical zoom in, 2x optical zoom out; 6x optical zoom range

Digital zoom up to 15x

Night mode portraits enabled by LiDAR Scanner

Portrait mode with advanced bokeh and Depth Control

Portrait Lighting with six effects (Natural, Studio, Contour, Stage, Stage Mono, High-Key Mono)

Dual optical image stabilization (Telephoto and Wide)

Sensor-shift optical image stabilization (Wide)

Six-element lens (Telephoto and Ultra Wide); seven-element lens (Wide)

True Tone flash with Slow Sync

Panorama (up to 63MP)

Sapphire crystal lens cover

100% Focus Pixels (Wide)

Night mode

Deep Fusion

Smart HDR 4

Photographic Styles

Macro photography

Apple ProRAW

Wide color capture for photos and Live Photos

Lens correction (Ultra Wide)

Advanced red-eye correction

Photo geotagging

Auto image stabilization

Burst mode

Image formats captured: HEIF and JPEG

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | *iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/* |



*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*

Upon information and belief, the Samsung Galaxy S21 FE 5G includes a 32MP front camera and a rear-quad camera featuring a wide-angle lens, an ultra-wide-angle lens, and a telephoto lens:

**Rear Quad Camera**[d]

Wide: 12MP AF (f/1.8)

Ultra wide: 12MP (f/2.2)

Telephoto: 8MP (f/2.0)

**Front Camera**

32MP AF

*Samsung Galaxy S21 FE 5G, samsung.com/us/smartphones/galaxy-s21-fe-5g/buy/galaxy-s21-fe-5g-128gb-verizon-sm-g990ulvavzw/?modelCode=SM-G990ULVAVZW*

# EXHIBIT 5

## U.S. Patent No. 9,311,271
## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|

| | | |
|---|---|---|
| **MAIN CAMERA** | Triple | 12 MP, f/1.8, 26mm (wide), 1/1.76", 1.8µm, Dual Pixel PDAF, OIS |
| | | 8 MP, f/2.4, 76mm (telephoto), 1/4.5", 1.0µm, PDAF, OIS, 3x optical zoom |
| | | 12 MP, f/2.2, 13mm, 123˚ (ultrawide), 1/3.0", 1.12µm |
| | Features | LED flash, auto-HDR, panorama |
| | Video | 4K@30/60fps, 1080p@30/60/240fps, 720p@960fps, HDR10+, gyro-EIS |
| **SELFIE CAMERA** | Single | 32 MP, f/2.2, 26mm (wide), 1/2.74", 0.8µm |
| | Features | HDR |
| | Video | 4K@30/60fps, 1080p@30/60fps, gyro-EIS |

*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*

## Audio Sensor
Upon information and belief, the iPhone 13 Pro Max includes a microphone to enable recording of audio sounds.

Upon information and belief, the Samsung Galaxy S21 FE 5G includes a microphone to enable recording of audio sounds.

## Accelerometer
Upon information and belief, the iPhone 13 Pro Max includes an accelerometer:

| Sensors | |
|---|---|
| | Face ID |
| | LiDAR Scanner |
| | Barometer |
| | Three-axis gyro |
| | Accelerometer |
| | Proximity sensor |
| | Ambient light sensor |

*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*

# EXHIBIT 5

## U.S. Patent No. 9,311,271

## Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  *iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes an accelerometer:<br><br> *Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*<br><br>**Positioning Module**<br>Upon information and belief, the iPhone 13 Pro Max includes a Built-in GPS, a Global Navigation Satellite System, a Galileo Satellite Navigation System, a Quasi-Zenith Satellite System, a Beidou Satellite Navigation System, a digital compass, and an iBeacon indoor positioning system:<br><br> *iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/*<br><br> |

FEATURES  Sensors  Face ID, accelerometer, gyro, proximity, compass, barometer
Siri natural language commands and dictation
Ultra Wideband (UWB) support

FEATURES  Sensors  Fingerprint (under display, optical), accelerometer, gyro, proximity, compass
Bixby natural language commands and dictation
Samsung Pay (Visa, MasterCard certified)

Location  Built-in GPS, GLONASS, Galileo, QZSS, and BeiDou
Digital compass
Wi-Fi
Cellular
iBeacon microlocation

COMMS  WLAN  Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, hotspot
Bluetooth  5.0, A2DP, LE
GPS  Yes, with A-GPS, GLONASS, GALILEO, BDS, QZSS
NFC  Yes
Radio  No
USB  Lightning, USB 2.0

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  | *iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes a Built-in GPS, an Assisted-GPS, a Global Navigation Satellite System, a Galileo Satellite Navigation System, and a Beidou Satellite Navigation System:<br><br><br><br>*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php*<br><br>**"the driving information derived without data from vehicle sensors"**<br><br>Upon information and belief, the driving information is derived without data from vehicle sensors. For example, according to USAA, the data used to derive the driving information is obtained from the phone's internal sensors: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |   usaa.com/insurance/safedriving?akredirect=true |
| wherein the driving information comprises at least one of a driving score and sensor data captured and processed by the remote mobile telecommunications | The driving information that the communications interface in USAA's SafePilot data-logging system is configured to receive from a remote mobile telecommunications device comprises at least one of a driving score and sensor data captured and processed by the remote mobile telecommunications device during a driving period during which the remote mobile telecommunications device is removably attached to the vehicle being driven by the driver. |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| device during a driving period during which the remote mobile telecommunications device is removably attached to the vehicle being driven by the driver, | "wherein the driving information comprises at least one of a driving score"<br><br>As one alternative, the driving information that the data-logging system is configured to receive from the remote mobile telecommunications device comprises a driving score:<br><br><br><br>*usaa.com/insurance/safedriving?akredirect=true*<br><br>"wherein the driving information comprises at least one of . . . sensor data captured and processed by the remote mobile telecommunications device" |

**EXHIBIT 5**

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | As a non-exclusive alternative, the driving information that the data-logging system is configured to receive from the remote mobile telecommunications device comprises sensor data captured and processed by the remote mobile telecommunications device that is used to calculate a driving score after being received by the data-logging system.<br><br>**"during a driving period during which the remote mobile telecommunications device is removably attached to the vehicle being driven by the driver"**<br><br>The remote mobile telecommunications device is configured to collect and process sensor data when the device is removably attached to the vehicle being driven by the driver. For example, and without limitation, the SafePilot App works at least when the mobile telecommunications device is removably attached to the vehicle via a USB cable, via a BlueTooth connection, or attached to the vehicle via another physical or electronic connection (*e.g.*, a phone holder or mount within the vehicle).<br><br>Upon information and belief, the iPhone 13 Pro Max includes a Lightning USB 2.0 interface and Bluetooth 5.0 wireless technology:<br><br>All models<br>5G (sub-6 GHz and mmWave)[7]<br>Gigabit LTE with 4x4 MIMO and LAA[7]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.0 wireless technology<br>Ultra Wideband chip for spatial awareness[8]<br>NFC with reader mode<br>Express Cards with power reserve<br><br>*iPhone 13 Pro Max Technical Specifications, apple.com/iphone-13-pro/specs/* |

# EXHIBIT 5

## U.S. Patent No. 9,311,271

### Claim Chart for Representative Claims 1, 6

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br><br>*iPhone 13 Pro Max Full Phone Specifications, gsmarena.com/apple_iphone_13_pro_max-11089.php*<br><br>Upon information and belief, the Samsung Galaxy S21 FE 5G includes a USB Type-C and USB On-The-Go interface and Bluetooth 5.0 technology:<br><br><br><br>*Samsung Galaxy S21 FE 5G Full Phone Specifications, gsmarena.com/samsung_galaxy_s21_fe_5g-10954.php* |
| the data logging system being further arranged to process the driving information logged to a corresponding account to generate a driving score used to determine a risk profile for at least one of the vehicle and driver. | USAA's SafePilot data-logging system is further arranged to process the driving information logged to a corresponding account to generate a driving score used to determine a risk profile for at least one of the vehicle and driver.<br><br>**"process the driving information logged to a corresponding account to generate a driving score"**<br><br>According to USAA, the data-logging system is configured to process the driving information collected from the remote mobile telecommunications device to generate a driving score: |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| |  |

usaa.com/insurance/safedriving?akredirect=true

"driving information logged to a corresponding account"

Each individual user's driving information is logged to a corresponding account. According to USAA, all members of a household may participate in the program, with the individuals' driving scores averaged to determine potential policy discounts:

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | When activated, the app monitors driving habits including phone handling, hands-free phone use, harsh braking, and how much you drive. The better you drive, the greater the discount on your next premium. All members of a household included on a USAA auto insurance policy can participate, with the earned discount based on an average of each driver's individual score. |

*USAA SafePilot description – iOS App Store*

**"driving score used to determine a risk profile for at least one of the vehicle and driver"**

Upon information and belief, a customer's driving score is used to determine a risk profile for at least one of the vehicle and driver. According to USAA, the driving score is used to determine policy discounts for the auto policy associated with a vehicle and/or driver:

### How It Works

To enroll in USAA SafePilot, our safe driving program, you'll need a USAA auto insurance policy. If you don't have one, you can get a quote where you'll be able to enroll and get up to a 10%[1] discount.

| Today | | | Policy Renewal |
|---|---|---|---|
| **Enroll and Save Up to 10%** | **Download the USAA SafePilot App** | **Start Driving** | **Get Up to 30% off** |
| In just a few minutes, you can enroll in the program and get up to a 10% discount on your USAA auto insurance. | The USAA SafePilot App shows you how well you're driving and how you can improve. It's a free app available for iOS and Android. | We'll automatically log and score your trips. You don't need to turn on the app every time you drive. | At renewal, we'll let you know any discount you've earned and we'll reset your driving score so that you have a fresh start for your next policy period. |

*usaa.com/insurance/safedriving?akredirect=true*

**5. Feature Specific Information**

5.1 Data Collected: USAA SafePilot collects date and time as well as driving behavior information relating to your vehicle including but not limited to speed, acceleration, braking, swerving, cornering, distance driven, location, handheld calling, hands-free calling, phone handling and other driving related data ("Data").

*usaa.com/insurance/safedriving/progam-terms-and-conditions/all-other-locations/*

**Page 107 of 110**

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  | — **What driving information does the USAA SafePilot App collect?**<br><br>The USAA SafePilot App runs in the background and gathers details about each trip you take, including:<br><br>• Location<br>• Time of day<br>• If you're the passenger or driver<br>• Phone Handling<br>• Hand-held Calling<br>• Hands-free Calling<br>• Harsh Braking<br>• Annualized Hours Driven<br><br>We take your privacy seriously and will never share your driving information.<br><br>— **How is my USAA SafePilot App driving information used?**<br><br>Your USAA SafePilot App driving information will be used to calculate a driving score and any potential discounts you may receive on your auto insurance policy. It won't be used to evaluate your insurability or increase your premium, although your discount may vary over the life of your policy.<br><br>— **Does USAA share my USAA SafePilot App driving information?**<br><br>No, except as necessary for the administration of the USAA SafePilot program, we will never share your driving information with third-party or marketing companies. Review the USAA SafePilot Program Terms and Conditions for more details on what driving information is collected by the USAA SafePilot App and how it is used.<br><br>*usaa.com/insurance/safedriving?akredirect=true* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
|  | <br>*USAA SafePilot description – iOS App Store* |

# EXHIBIT 5

**U.S. Patent No. 9,311,271**

**Claim Chart for Representative Claims 1, 6**

| '271 Patent Claim | Analysis of SafePilot |
|---|---|
| | <br>*USAA SafePilot description – Android Apps on Google Play* |